IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LARRY CHANEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. CIV 23-824-R |
| | ) |
| KEVIN STITT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 8], in its entirety.

For the reasons stated therein, this action is DISMISSED WITHOUT PREJUDICE to refiling.

IT IS SO ORDERED this 2nd day of January 2024.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE